**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 99-1827

———————————

SAADAT A. SIDDIQUI,

Plaintiff - Appellant,

versus

NORTHERN TELECOM INCORPORATED,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-97-260-5-H2))

———————————

Submitted: November 16, 1999          Decided: December 8, 1999

———————————

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Saadat A. Siddiqui, Appellant Pro Se. Frank Pelouze Ward, Jr., MAUPIN, TAYLOR & ELLIS, P.A., Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Saadat Siddiqui appeals the district court's order denying his claims of employment discrimination and retaliation filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. § 2000e – 2000e-17 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Siddiqui v. Northern Telecom, Inc., No. CA-97-260-5-H2 (E.D.N.C. May 20, 1999). We deny Siddiqui's motion to reconsider our order granting the Appellee an extension of time to file its informal brief. Further, we deny Siddiqui's motion to reconsider our order denying his motion to reject the Appellee's informal brief. Siddiqui's motion for an extension of time to file a reply after our action on these motions is likewise denied. Finally, we deny Siddiqui's motion to submit all motions to the panel for immediate ruling; his motions have been submitted to the panel in accordance with the court's standard case processing procedures. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED